# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN CALI, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>HANDY TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br>　　　　　　Defendants. | Case No: 8:23-cv-00755-CJC-KESx<br><br>**ORDER APPROVING JOINT STIPUPLATION TO DISMISS PAGA CLAIM [12]** |

Upon consideration of the parties' joint stipulation to dismiss Plaintiff Bryan Cali's remaining Private Attorneys General Act ("PAGA") claim [Doc. # 12] and for good cause shown, the Court **APPROVES** the stipulation. It is **HEREBY ORDERED** that Cali's PAGA claim is **DISMISSED WITHOUT PREJUDICE**. Since all claims have now been dismissed, this case is **HEREBY CLOSED**.

　　　**IT IS SO ORDERED.**

DATED: October 10, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE

1